**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

Case No.: 19-cv-00158-AW-MJF

**CLEONDENISE BODERICK**, Individually and on behalf of all those similarly situated,

    Plaintiff,

v.

**GEICO INDEMNITY COMPANY**,

    Defendant.

_____/

## NOTICE TO COURT OF SETTLEMENT

Plaintiff, Cleondenise Boderick, and Defendant, GEICO Indemnity Company, pursuant to Local Rule 16.2(A), give notice to the Court that they have reached a settlement in this case that will dispose of this lawsuit in its entirety. The parties are preparing settlement and release documents and will notify the Court when the settlement is completed.

    Respectfully submitted,

*/s/ John P.Marino*
John P. Marino (FBN: 814539)
Lindsey R. Trowell (FBN: 678783)
Kristen L. Wenger (FBN: 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100
Facsimile: (904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com

        kwenger@sgrlaw.com

        Dan R. Goldfine (ABN: 018788)
        (admitted pro hac vice)
        Ian Fischer (ABN: 026239)
        (admitted pro hac vice)
        HUSCH BLACKWELL LLP
        5060 North 40th Street, Suite 250
        Phoenix, Arizona 85018
        Phone: (480) 824-7900
        Facsimile: (480) 824-7905
        dan.goldfine@huschblackwell.com
        ian.fischer@huschblackwell.com

        *Counsel for GEICO Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on January 16, 2020, which will result in service upon all counsel of record.

        */s/ John P. Marino*
        Attorney