UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLHASSEE DIVISION

CLEONDENISE BODERICK,
individually and on behalf of all
those similarly situated,

    Plaintiff,

Case No.: 4:19-CV-00158-MW-MJF

vs.

GEICO INDEMNITY COMPANY,

    Defendant.
_____/

## JOINT STATUS REPORT AND RESPONSE
## TO THE COURT'S ORDER REGARDING DISMISSAL

Pursuant to this Court's order dated January 23, 2020, the parties to this case hereby file their Joint Status Report. The parties further respond to the Court's Order Regarding Dismissal dated February 11, 2020.

**A. <u>Status Update.</u>**

Following the Court's order staying all deadlines pursuant to its January 23, 2020 Order Recognizing Settlement, Cancelling Hearing, and Extending Stay of Deadlines, the parties to this case have negotiated and agreed upon settlement terms. The parties expect to finalize the memorialization of the

*Boderick v. GEICO*
Civil Case No. 4:19-cv-00158-MW-MJF
- Joint Status Report to the Court Regarding the Pending Settlement Between the Parties

Page 1

settlement terms, and take actions required pursuant to those terms, within the next fourteen (14) days from the date of this status report.

No other disputes or other issues currently exist that the parties jointly believe need to be resolved. The parties jointly desire a continued stay of all litigation, and associated deadlines, in favor of finalizing the settlement process.

### B. Attorney-Conference Certification

Pursuant to intent behind Local Rule 7.1(B) and Federal Rules of Civil Procedure 26(f), the parties have conferenced with each other in good faith as to their joint intent to resolve this case via settlement, and desire to stay all pending litigation and associated deadlines while finalizing the settlement process.

*Boderick v. GEICO*
Civil Case No. 4:19-cv-00158-MW-MJF
- Joint Status Report to the Court Regarding the Pending Settlement Between the Parties

Page 2

Dated: February 11, 2020

Respectfully Submitted,

| | |
|---|---|
| */s/      Scott R. Jeeves* | */s/      John P. Marino* |
| Scott R. Jeeves, Esquire FBN 0905630 | John P. Marino (FBN: 814539) |
| THE JEEVES LAW GROUP, P.A. | Kristen L. Wenger (FBN: 92136) |
| 954 First Avenue North | SMITH, GAMBRELL & RUSSELL, LLP |
| St. Petersburg, FL 33705 | |
| Telephone: (727) 894-2929 | 50 North Laura Street, Suite 2600 |
| Primary Email: | Jacksonville, Florida 32202 |
| sjeeves@jeeveslawgroup.com | Phone: (904) 598-6100 |
| Secondary Emails: | Facsimile: (904) 598-6204 |
| khill@jeeveslawgroup.com | jmarino@sgrlaw.com |
| rmandel@jeevesmandellawgroup.com | kwenger@sgrlaw.com |
| Attorney for the Plaintiff | Attorney for the Defendant |

*Boderick v. GEICO*
Civil Case No. 4:19-cv-00158-MW-MJF
 - Joint Status Report to the Court Regarding the Pending Settlement Between the Parties

Page
3

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record as indicated below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel to parties who are not authorized to receive Notice of Electronic Filing via the CM/ECF system.

                                        */s/     John P. Marino*
                                        Attorney

## CERTIFICATE OF WORD COUNT

I certify that this Joint Status and Response to the Court's Order Regarding Dismissal contains 442 words and complies with Local Rule 7.1(F).

                                        */s/     John P. Marino*
                                        Attorney

*Boderick v. GEICO*
Civil Case No. 4:19-cv-00158-MW-MJF
- Joint Status Report to the Court Regarding the Pending Settlement Between the Parties

Page 4