UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLHASSEE DIVISION

CLEONDENEISE BODERICK,
individually and on behalf of all those
similarly situated,

      Plaintiff,                                                           Case No.: 4:19-CV-00158-MW-MJF

vs.                                                                                            Division:

GEICO INDEMNITY COMPANY,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      COMES NOW, Plaintiff CLEONDENEISE BODERICK, individually and on behalf of all those similarly situated, by and through her undersigned attorney, and files this Notice of Voluntary Dismissal with Prejudice as to Defendant, GEICO INDEMNITY COMPANY.

Dated: February 28, 2020                                          Respectfully Submitted,

                                                                     /s/Scott R. Jeeves
                                                                     Scott R. Jeeves, Esquire FBN 0905630
                                                                     Primary Email: sjeeves@jeeveslawgroup.com
                                                                     Secondary Email: khill@jeeveslawgroup.com
                                                                                    rmandel@jeevesmandellawgroup.com
                                                                     **THE JEEVES LAW GROUP, P.A.**
                                                                     954 First Avenue North
                                                                     St. Petersburg, FL 33705
                                                                     Telephone: (727) 894-2929

                                                                     and

                                                                     Craig E. Rothburd, Esquire FBN 49182
                                                                     Email: crothburd@e-rlaw.com
                                                                          mropp@e-rlaw.com
                                                                     **CRAIG E. ROTHBURD, P.A.**
                                                                     320 W. Kennedy Blvd., Suite 700
                                                                     Tampa, FL 33606
                                                                     Telephone: (813) 251-8800

and

Casim Adam Neff, Esquire FBN 94030
Email: cneff@neffinsurancelaw.com
**Neff Insurance Law, PLLC**
P.O. Box 15063
St. Petersburg, FL 33733-5063
 Telephone: (727) 342-0617


and

John Randall Whaley (La. Bar #25930)
Email:  jrwhaley@whaleylaw.com
**WHALEY LAW FIRM**
3112 Valley Creek Drive, Suite D
Baton Rouge, LA 70808
Tel: 225-302-8810
Fax: 225-302-8814

and

Edward H. Zebersky, Esquire
Email:  ezebersky@zpllp.com
Mark Fistos, Esquire
Email:  mfistos@zpllp.com
**Zebersky Payne, LLP**
110 Southeast 6th Street
Suite 2150
Ft. Lauderdale, FL  33301
Tel:  954-989-6333
Fax:  954-989-7781

and

Alec Schultz, Esquire
Email:  aschultz@leoncosgrove.com
**Leon Cosgrove, LLP**
255 Albambra Circle
Suite 800
Miami, FL  33134
Tel:  305-740-1975
Fax: 305-437-8158

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 28, 2020 a true and correct copy of the foregoing was filed electronically with the clerk of this Court using the CM/ECF system, and in accordance with Local Rules and the procedures.

                                                                       /s/Scott R. Jeeves_____