IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLEONDENISE BODERICK,**

    **Plaintiff,**

**v.**                                                     **Case No. 4:19-cv-158-AW-MJF**

**GEICO INDEMNITY COMPANY,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a corrected notice of voluntary dismissal with prejudice. ECF No. 71. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on March 2, 2020.

                                                             s/ *Allen Winsor*
                                                             United States District Judge